UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 8, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DUBAN ALEJANDRO MARTINEZ ANDRADE,

    Defendant.

Case No. 2:23-mj-00029-DB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release DUBAN ALEJANDRO MARTINEZ ANDRADE, Case No. 2:23-mj-00029-DB, Charge 21 U.S.C. § 846 and 841(a)(1), from custody for the following reasons:

_____  Release on Personal Recognizance

  X  Bail Posted in the Sum of $ 110,000.00

      X    Unsecured Appearance Bond $ 100,000.00

      X    Unsecured Appearance Bond $ 10,000.00

      _____    Appearance Bond with Surety

      _____    Corporate Surety Bail Bond

      _____    (Other):

Sacramento County Jail is further ORDERED to release the defendant with a

  X  30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on March 8, 2023 at 2:30 p.m.

By: _____
Magistrate Judge Jeremy D. Peterson