PHILLIP A. TALBERT
United States Attorney
Kerry Blackburn
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLO IVAN GONZALEZ-SOLTERO,<br>DUBAN ALEJANDRO MARTINEZ ANDRADE,<br>CARLOS FLORES AVALOS,<br>MARIANO CASILLAS, AND<br>ENRIQUE NAVARRO-VILLA,<br><br>Defendants. | CASE NO. 2:23-CR-73 DJC<br><br>STIPULATION REGARDING RESETTING OF STATUS CONFERENCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: May 11, 2023<br>TIME: 8:30 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

The United States of America, by and through Assistant United States Attorney Kerry Blackburn, together with Dina L. Santos, counsel for defendant Carlo Ivan Gonzalez-Soltero; Douglas J. Beevers, counsel for defendant Duban Alejandro Martinez Andrade; Michael D. Long, counsel for defendant Carlos Flores Avalos; Timothy E. Warriner, counsel for Mariano Casillas; and Clemente M. Jimenez, counsel for Enrique Navarro-Villa, hereby stipulate as follows:

  1. The Indictment was returned on March 16, 2023, and the Honorable Kimberly J. Mueller assigned.

  2. By previous order, on March 22, 2023, this matter as to Mr. Martinez Andrade and Mr. Flores Avalos was set for status on June 26, 2023, with an exclusion of time, under Local Code T4.

3. By previous order, on March 23, 2023, this matter as to Mr. Casillas and Mr. Navarro-Villa was set for status on June 26, 2023, with an exclusion of time, under Local Code T4.

4. On April 4, 2023, this matter was reassigned to the Honorable Daniel J. Calabretta.

5. By previous order, on April 20, 2023, this matter as to Mr. Gonzalez-Soltero was set for status on May 11, 2023, with an exclusion of time, under Local Code T4.

6. By this stipulation, all defendants move to continue and/or set the respective status conferences to June 22, 2023, at 9:00 a.m.

7. In addition, the Government and Ms. Santos, counsel for Mr. Gonzalez-Soltero, stipulate to exclude time between May 11, 2023, and June 22, 2023, under Local Code T4.

8. The Government and Ms. Santos agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes law enforcement reports, lab reports, search warrants, photographs, and recordings. All of this discovery has been either produced directly to Ms. Santos and/or made available for inspection and copying.

   b) Ms. Santos desires additional time to consult with her client, to review and copy discovery for this matter, and to otherwise prepare for trial.

   c) Ms. Santos believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and Mr. Gonzalez Soltero in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 11, 2023 to June 22, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at Mr. Gonzalez Soltero's request on

the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

9. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 2, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ Kerry Blackburn
Kerry Blackburn
Assistant United States Attorney

Dated: May 3, 2023

/s/ Dina L. Santos
DINA L. SANTOS
Counsel for Defendant
CARLO IVAN GONZALEZ-SOLTERO

Dated: May 3, 2023

/s/ Douglas J. Beevers
DOUGLAS J. BEEVERS
Counsel for Defendant
DUBAN ALEJANDRO MARTINEZ
    ANDRADE

Dated: May 3, 2023

/s/ Michael D. Long
MICHAEL D. LONG
Counsel for Defendant
CARLOS FLORES AVALOS

Dated: May 3, 2023

/s/ Timothy E. Warriner
TIMOTHY E. WARRINER
Counsel for Defendant
MARIANO CASILLAS

Dated: May 3, 2023

/s/ Clemente M. Jimenez
CLEMENTE M. JIMENEZ
Counsel for Defendant
ENRIQUE NAVARRO-VILLA

**ORDER**

IT IS SO FOUND AND ORDERED this 3rd day of May, 2023.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4