PHILLIP A. TALBERT
United States Attorney
Kerry Blackburn
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CARLO IVAN GONZALEZ-SOLTERO, <br> DUBAN ALEJANDRO MARTINEZ ANDRADE, <br> CARLOS FLORES AVALOS, <br> MARIANO CASILLAS, AND <br> ENRIQUE NAVARRO-VILLA, <br><br> Defendants. | CASE NO. 2:23-CR-73 DJC <br><br> STIPULATION REGARDING RESETTING OF STATUS CONFERENCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER <br><br> DATE: June 22, 2023 <br> TIME: 9:00 a.m. <br> COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

The United States of America, by and through Assistant United States Attorney Kerry Blackburn, together with Dina L. Santos, counsel for defendant Carlo Ivan Gonzalez-Soltero; Douglas J. Beevers, counsel for defendant Duban Alejandro Martinez Andrade; Michael D. Long, counsel for defendant Carlos Flores Avalos; Timothy E. Warriner, counsel for Mariano Casillas; and Clemente M. Jimenez, counsel for Enrique Navarro-Villa, hereby stipulate as follows:

    1.    The Indictment was returned on March 16, 2023, and the Honorable Kimberly J. Mueller assigned.

    2.    By previous order, on March 22, 2023, this matter as to Mr. Martinez Andrade and Mr. Flores Avalos was set for status on June 26, 2023, with an exclusion of time, under Local Code T4.

3. By previous order, on March 23, 2023, this matter as to Mr. Casillas and Mr. Navarro-Villa was set for status on June 26, 2023, with an exclusion of time, under Local Code T4.

4. On April 4, 2023, this matter was reassigned to the Honorable Daniel J. Calabretta.

5. By previous order, on April 20, 2023, this matter as to Mr. Gonzalez-Soltero was set for status on May 11, 2023, with an exclusion of time, under Local Code T4.

6. By previous order, on stipulation, all defendants, through counsel, moved to continue and/or set the respective status conferences on September 21, 2023.

7. On stipulation, the government and all defendants, through counsel, move to continue the status conference until September 21, 2023.

8. In addition, the government and all defendants, through counsel, stipulate to exclude time between June 22, 2023, and September 21, 2023, under Local Code T4.

9. The government and all defendants, through counsel, agree and stipulate, and request that the Court find the following:

   a) The government has produced discovery including law enforcement reports, lab reports, search warrants, and photographs. Upon signing of a protective order, recordings will be produced to counsel. Much, if not all, of this additional discovery is in Spanish. Mr. Warriner is scheduled to examine a portion of the physical evidence in July 2023.

   b) All counsel desire additional time to consult with their clients, to review and copy discovery for this matter, and to otherwise prepare for trial.

   c) Each defense counsel believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and each defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 22, 2023 to September 21,

2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at each defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

10. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 14, 2023                PHILLIP A. TALBERT
                                    United States Attorney

                                    /s/ Kerry Blackburn
                                    Kerry Blackburn
                                    Assistant United States Attorney

Dated: June 14, 2023                /s/ Dina L. Santos
                                    DINA L. SANTOS
                                    Counsel for Defendant
                                    CARLO IVAN GONZALEZ-SOLTERO

Dated: June 14, 2023                /s/ Douglas J. Beevers
                                    DOUGLAS J. BEEVERS
                                    Counsel for Defendant
                                    DUBAN ALEJANDRO MARTINEZ
                                        ANDRADE

Dated: June 14, 2023                /s/ Michael D. Long
                                    MICHAEL D. LONG
                                    Counsel for Defendant
                                    CARLOS FLORES AVALOS

Dated: June 15, 2023                /s/ Timothy E. Warriner
                                    TIMOTHY E. WARRINER
                                    Counsel for Defendant
                                    MARIANO CASILLAS

Dated:  June 14, 2023         /s/ Clemente M. Jimenez
                              CLEMENTE M. JIMENEZ
                              Counsel for Defendant
                              ENRIQUE NAVARRO-VILLA

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  June 16, 2023         /s/ Daniel J. Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE