```
MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com
```

Attorney for CARLOS FLORES AVALOS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> CARLO GONZALEZ SOLTRERO, <br> DUBAN MARTINEZ ANDRADE, <br> CARLOS FLORES AVALOS, <br> MARIANO CASILLAS, and <br> ENRIQUE NAVARRO-VILLA, <br> Defendants. | No. 2:23-73 DJC <br><br> STIPULATION AND ORDER <br> TO CONTINUE STATUS HEARING <br><br> Requested date: 12-7-2023 <br> Time: 9:00 a.m. <br> Judge: Hon. Daniel J. Calabretta |

It is hereby stipulated between the parties, Kerry Blackburn, Assistant United States Attorney, Dina Santos, attorney for defendant CARLO GONZALEZ SOLTRERO, Assistant Federal Defender Douglas Beevers, attorney for defendant DUBAN MARTINEZ ANDRADE, Martin Jones, attorney for defendant MARIANO CASILLAS, Mary Ann Bird, attorney for defendant ENRIQUE NAVARRO-VILLA, and Michael D. Long, attorney for defendant CARLOS FLORES AVALOS, that the status hearing set for September 21, 2023, at 9:00 a.m., before Judge Calabretta, should be continued and re-set for December 7, 2023, at 9:00 a.m., before Judge Calabretta.

Each party has agreed to move the status hearing, with the Court's permission, to December 7, 2023.  All parties are available to appear, and they all agree to appear in court in-person (unless the defendant has an approved waiver of appearance on file with the court) on December 7, 2023.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown. Martin Jones has recently taken over as retained counsel for Mr. Casillas. Mary Ann Bird has recently taken over as retained counsel for Mr. Navarro-Villa. Mr. Jones and Ms. Bird must finish reading the discovery, meet with his or her client, defense counsel and the government. The government has provided defense counsel with external hard drives containing thousands of pages of discovery and hundreds of wiretap phone calls, most of which are in Spanish, as well as many videos. AUSA Blackburn has indicated that additional discovery will be provided soon, consisting of "at least three phone downloads." All attorneys continue to read and view the discovery, investigate the case and meet with their respective clients. Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial. Time has already been excluded through September 21, 2023.

The request for extending the date for the status conference is at the specific request of each of the defendants and with the knowing, intelligent and voluntary waiver of each defendant's speedy trial rights under the law. The government agrees that a continuance is necessary. Good cause is hereby shown.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from today's date to December 7, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of

the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  September 7, 2023                                         Respectfully submitted,

/s/ *Michael D. Long*
MICHAEL D. LONG
Attorney for Carlos Flores Avalos

/s/ *Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Duban Martinez Andrade

/s/ *Dina Santos*
DINA SANTOS
Attorney for Carlo Gonzalez-Soltrero

/s/ *Martin A. Jones*
MARTIN A. JONES
Attorney for Mariano Casillas

/s/ *Mary Ann Bird*
MARY ANN BIRD
Attorney for Enrique Navarro-Villa

Dated:  September 7, 2023                                         PHILLIP TALBERT
United States Attorney

/s/ *Kerry Blackburn*
KERRY BLACKBURN
Assistant U.S. Attorney

///

///

///

///

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the status hearing in this matter is hereby re-set for December 7, 2023, at 9:00 a.m., before District Court Judge Daniel J. Calabretta.

Time is is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Time is excluded through the new hearing date of December 7, 2023.

Dated:  September 8, 2023        /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE