PHILLIP A. TALBERT
United States Attorney
Kerry Blackburn
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLO IVAN GONZALEZ-SOLTERO,<br>DUBAN ALEJANDRO MARTINEZ ANDRADE,<br>CARLOS FLORES AVALOS,<br>MARIANO CASILLAS, AND<br>ENRIQUE NAVARRO-VILLA,<br><br>Defendants. | CASE NO. 2:23-CR-073 DJC<br><br>STIPULATION REGARDING SETTING OF STATUS CONFERENCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 19, 2024<br>TIME: 9:00a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

The United States of America, by and through Assistant United States Attorney Kerry Blackburn, together with Dina L. Santos, counsel for defendant Carlo Ivan Gonzalez-Soltero; Douglas J. Beevers, counsel for defendant Duban Alejandro Martinez Andrade; Michael D. Long, counsel for defendant Carlos Flores Avalos; Martin Jones, counsel for Mariano Casillas; and Mary Ann Bird, counsel for Enrique Navarro-Villa, hereby stipulate as follows:

    1.    The Indictment was returned on March 16, 2023, and the Honorable Kimberly J. Mueller assigned.

    2.    On April 4, 2023, this matter was reassigned to the Honorable Daniel J. Calabretta.

    3.    All parties were previously in front of the Court on May 2, 2024.

4. The parties believe that there are compelling reasons to move the status conference, set on September 19, 2024, to October 10, 2024, at 9:00 a.m.

5. In addition, the government and all defendants, through counsel, stipulate to exclude time between September 19, 2024, to October 10, 2024, under Local Code T4.

6. The government and all defendants, through counsel, agree and stipulate, and request that the Court find the following:

    a) The government has produced discovery including law enforcement reports, lab reports, search warrants, and photographs. Much of the discovery is in Spanish. All parties are in receipt of phone downloads of multiple defendants, again, which are largely in Spanish.

    b) Since the last status conference, the government has met in person with and/or on the telephone with defense counsel, often on multiple occasions, to discuss the case. In some instances, defense counsel has provided information that is relevant to assessment of the case by the government and in some instances, the government has done the same. These discussions have been ongoing since the last status conference.

    c) Based on these meetings, substantial progress has been made between the parties in reaching resolutions on this matter and otherwise allowing defense counsel to prepare for trial. One counsel is in the process of meeting with his client to obtain signatures on a plea agreement. In that vein, plea agreements are in the process of being produced to multiple additional defense counsel, hopefully as early as the middle of next week. Counsel will be unable to meet with their clients in time to meet the Court's Monday deadline for submission of any of those plea agreements.

    d) The parties have been working diligently since the last status conference and substantial progress has been made on this matter. A short continuance of the status conference will be beneficial for all parties.

    e) All defendants, through counsel, desire additional time to consult with their clients, to review discovery in this matter, and to otherwise prepare for trial.

    f) Each defense counsel believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into

account the exercise of due diligence.

       g)    The government does not object to the continuance.

       h)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and each defendant in a trial within the original date prescribed by the Speedy Trial Act.

       i)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 19, 2024 to October 10, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at each defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 14, 2024                    PHILLIP A. TALBERT
                                                  United States Attorney

                                                  /s/ Kerry Blackburn
                                                  Kerry Blackburn
                                                  Assistant United States Attorney


Dated:  September 12, 2024                      /s/ Dina Santos
                                                  DINA L. SANTOS
                                                  Counsel for Defendant
                                                  CARLO IVAN GONZALEZ-SOLTERO


Dated:  September 12, 2024                      /s/ Doug Beevers
                                                  DOUGLAS J. BEEVERS
                                                  Counsel for Defendant
                                                  DUBAN ALEJANDRO MARTINEZ
                                                       ANDRADE

Dated:  September 12, 2024    /s/ Michael D. Long
MICHAEL D. LONG
Counsel for Defendant
CARLOS FLORES AVALOS

Dated:  September 12, 2024    /s/ Martin Jones
MARTIN JONES
Counsel for Defendant
MARIANO CASILLAS

Dated:  September 12, 2024    /s/ Mary Ann Bird
MARY ANN BIRD
Counsel for Defendant
ENRIQUE NAVARRO-VILLA

## ORDER

IT IS SO FOUND AND ORDERED this 16th day of September, 2024.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE