HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant

DUBAN MARTINEZ-ANDRADE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00073-DJC-2 |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DUBAN ALEJANDRO MARTINEZ-ANDRADE, | DATE: June 26, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through Special Assistant United States Attorney Caily Nelson, and defendant, by and through defendant's counsel of record, Assistant Federal Defender Douglas J. Beevers, hereby stipulate as follows:

1. By previous order, this matter was set for status and change of plea on June 26, 2025.

2. By this stipulation, defendant now moves to continue the status conference until July 17, 2025, and to exclude time between June 26, 2025, and July 17, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes law enforcement reports, lab reports, search warrants, photographs, and audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying under a protective order.

    b)  The government provided Counsel for the defendant a new plea agreement on June 20, 2025.

    c)  Counsel for defendant desires additional time consult with their client, review the current charges, and to review discovery covered by the protective order, the plea agreement, and otherwise prepare for trial. The defendant has signed the factual basis but is reviewing the terms of a new plea offer.  Defense counsel needs a brief period of time to review the issues involving the appellate and habeas corpus waivers in the plea agreement.  In addition, defense counsel has scheduling conflicts for the currently scheduled date

    d)  Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e)  The government does not object to the continuance.

    f)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 26, 2025 to July 17, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

[Continued on Next Page]

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 20, 2025                             /s/ *Douglas J. Beevers*
                                                  DOUGLAS J. BEEVERS
                                                  Assistant Federal Defender
                                                  Attorney for
                                                  DUBAN ALEJANDRO MARTINEZ-ANDRADE


Dated:  June 20, 2025                             MICHELE BECKWITH
                                                  Acting United States Attorney

                                                  /s/ *Caily Nelson*
                                                  CAILY NELSON
                                                  Special Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

It is further ordered the June 27, 2025 status conference shall be continued until July 17, 2025, at 9:00 a.m.

IT IS SO FOUND AND ORDERED this 20th day of June, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE