HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
Douglas_Beevers@fd.org

Attorneys for Defendant
DUBAN ALEJANDRO MARTINEZ ANDRADE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:23-cr-00073-DJC-2 |
| Plaintiff, | ) **AMENDED STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING HEARING** |
| v. | ) |
| DUBAN ALEJANDRO MARTINEZ ANDRADE, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Special United States Attorney Caily Nelson, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas Beevers, attorney for Duban Alejandro Martinez Andrade, that the sentencing hearing, currently scheduled for December 18, 2025, be continued to March 19, 2026 at 9:00 a.m.

This continuance is requested as defense needs additional time to investigate mitigation. The US Attorney's office and US Probation have no objection to the new date.

All previous dates for the preparation of the Presentence Report, Objections and Responses have been completed.

//

/

-1-

|   |   |
|---|---|
| Dated:  December 11, 2025 | Respectfully submitted,<br>HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Douglas Beevers*<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>DUBAN ALEJANDRO MARTINEZ ANDRADE |
| Dated:  December 11, 2025 | ERIC GRANT<br>United States Attorney<br><br>*/s/ Caily Nelson*<br>CAILY NELSON<br>Special U.S. Attorney<br>Attorney for Plaintiff |

# ORDER

**IT IS HEREBY ORDERED** that the sentencing hearing as to this defendant previously set for December 18, 2025, is CONTINUED to **March 19, 2026, at 9:00 a.m.**

Dated:  December 12, 2025                /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE