HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
Douglas_Beevers@fd.org

Attorneys for Defendant
DUBAN ALEJANDRO MARTINEZ ANDRADE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:23-cr-00073-DJC-2 |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING HEARING** |
| v. | ) ) | |
| DUBAN ALEJANDRO MARTINEZ ANDRADE, | ) ) ) | |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Special United States Attorney Caily Nelson, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas Beevers, attorney for Duban Alejandro Martinez Andrade, that the sentencing hearing, currently scheduled for January 29, 2026, be continued to February 5, 2026 at 9:00 a.m.

This requested date is agreeable to all parties and the US Marshals. The US Attorney's office and US Probation have no objection to the new date.

All previous dates for the preparation of the Presentence Report, Objections and Responses have been completed.

//

/

-1-

Respectfully submitted,

Dated:  January 26, 2026    HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
DUBAN ALEJANDRO MARTINEZ ANDRADE

Dated:  January 26, 2026

ERIC GRANT
United States Attorney

/s/ *Caily Nelson*
CAILY NELSON
Special U.S. Attorney
Attorney for Plaintiff

## **ORDER**

**IT IS HEREBY ORDERED** that the sentencing hearing as to this defendant previously set for January 29, 2026, is CONTINUED to **February 5, 2026, at 9:00 a.m.**

Dated:  January 26, 2026          /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE